1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  BRIAN C. LEWIS  (DCBN 476851)
   Assistant United States Attorney
5     1301 Clay Street, Suite 340-S
      Oakland, California 94612
6     Telephone: (510) 637-3680
      Facsimile:  (510) 637-3724
7     E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA,          )    No. CR 4-13-70338 MAG
                                       )
14          Plaintiff,                 )
                                       )
15  v.                                 )    [PROPOSED] ORDER TO EXCLUDE
                                       )    TIME FROM MAY 23, 2013 TO
16  WILLIAM EARL ROBINSON,             )    JUNE 20, 2013
                                       )
17          Defendant.                 )
                                       )
18  _____)

19          The parties appeared before the Honorable Kandis A. Westmore on Thursday, March 28,

20  2013, for the defendant's initial appearance on a complaint.  The parties are scheduled to appear

21  for a preliminary hearing or arraignment on Thursday, May 23, 2013, after continuing an earlier

22  date.  The government has produced hundreds of pages of discovery to the defense, and defense

23  counsel needs additional time to review these materials, consult with the defendant, and conduct

24  investigation.  In addition, the parties are still contemplating a resolution that would not require

25  the government to seek an indictment against the defendant.  To that end, the defense is

26  conducting investigation and will produce discovery and mitigating materials to the government.

27  Accordingly, with the agreement of counsel for the parties and the defendants, the Court now

28  finds and holds as follows:

    ORDER CONTINUING HEARING
    CR 4-13-70338 MAG

1   1.  The hearing scheduled for May 23, 2013, at 9:30 a.m. is continued to June 20, 2013, at

2   9:30 a.m.

3   2.  The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

4   § 3161, from May 23, 2013, to June 20, 2013.  Failure to grant the requested continuance would

5   unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

6   into account the exercise of due diligence and the need for defense counsel to review discovery,

7   conduct investigation, and consult with the defendant.

8   3.  Given these circumstances, the Court finds that the ends of justice served by

9   excluding the period from May 23, 2013, to June 20, 2013, outweigh the best interest of the

10  public and the defendant in a speedy trial and filing of an indictment or information. 18 U.S.C.

11  § 3161(h)(7)(A).

12  4.  Accordingly, and with the consent of the defendant, the Court orders that the period

13  from May 23, 2013, to June 20, 2013, be excluded from Speedy Trial Act calculations under 18

14  U.S.C. § 3161(h)(7)(A) & (B)(iv).

15  5.  In addition, good cause having been shown, the time between May 23, 2013, to

16  June 20, 2013, is excluded from the time in which the court must conduct a preliminary hearing

17  under Federal Rule of Criminal Procedure 5.1.

18  IT IS SO STIPULATED.

19  DATED: May 14, 2013                                    _____/s/_____

20                                                         NED SMOCK
                                                           Counsel for William Earl Robinson

21

22  DATED: May 14, 2013                                    _____/s/_____

23                                                         BRIAN C. LEWIS
                                                           Assistant United States Attorney

24

25  IT IS SO ORDERED.

26

27  DATED: __5/14/13__                                     _____

28                                                         KANDIS A. WESTMORE
                                                           United States Magistrate Judge

ORDER CONTINUING HEARING
CR 4-13-70338 MAG                          -2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER CONTINUING HEARING
CR 4-13-70338 MAG                     -3-